UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-47319 |
| | ) | |
| DANNY CHRISTOFALOS | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

**ORDER EXTENDING THE LAST DATE TO FILE OBJECTIONS
TO DISCHARGE PURSUANT TO 11 U.S.C. §727**

This cause coming on to be heard upon the Motion of J. Laurence Kienlen, Creditor, to Extend the Last Date to File Objections to Discharge pursuant to 11 U.S.C. §727, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED:

The last date for J. Laurence Kienlen, Creditor, to file an Objection to Discharge pursuant to 11 U.S.C. §727 is hereby extended to and including May 19, 2014. *Final extension.*

Enter:

Dated: MAR 1 4 2014

United States Bankruptcy Judge

**Prepared by:**
J. Laurence Kienlen
1776 S. Naperville Road, A-200
Wheaton, IL 60189
630-215-5497

Rev: 20130103_bko