**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| In Re: | § | |
|---|---|---|
| | § | |
| CHRISTOFALOS, DANNY | § | Case No. 13-47319 |
| | § | |
| Debtor | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/10/2013 . The undersigned trustee was appointed on 12/10/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 15,000.00

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 133.39 |
| Bank service fees | | 968.72 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 13,897.89 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/30/2015 and the deadline for filing governmental claims was 04/30/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,250.00 , for a total compensation of $ 2,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 55.89 , for total expenses of $ 55.89 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/09/2018 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 13-47319 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: CHRISTOFALOS, DANNY

For Period Ending: 08/09/18

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 12/10/13 (f)
341(a) Meeting Date: 01/17/14
Claims Bar Date: 04/30/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6614 FOXWORTH, GURNEE | 0.00 | 0.00 | | 0.00 | FA |
| 2. 10 E. MAPLE AVE, MUNDELEIN, IL | 650,000.00 | 25,000.00 | | 0.00 | FA |
| 3. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING<br>5/3RD BANK | 35.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES, ART | 100.00 | 0.00 | | 0.00 | FA |
| 7. 99% MEMBERSHIP INTEREST WAUCONDA SHOPPING PLAZA | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 8. VEHICLE<br>1999 Mercedes Benz | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. REAL ESTATE IN FLORIDA (u) | 0.00 | 15,000.00 | | 0.00 | FA |
| 10. APPAREL | 100.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $653,385.00 | $55,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

APPEALS AS TO PRIOR SALE OF ASSETSHAVE BEEN RESOLVED AND TRUSTEE WILL SELL FLORIDA PROPERTY. - 1/8/2018. APPEALS PENDING IN DISTRICT COURT - 6/28/17. APPEALS PENDING AWAITING DECISION OF APPELLATE COURT 1/11/17. THE TRUSTEE HAS UPDATED HIS FORM 1 FOR ASSET 2 SHOWING NO REMAINING VALUE AND FULLY ADMINISTERED. THE TRUSTEE IS DEFENDING VARIOUS APPEALS FILED BY THE DEBTOR. TRUSTEE HAS ALSO UNCOVERED PROPERTY IN FLORIDA AND IS CONTACTING A REAL ESTATE BROKER IN THE AREA - May 23, 2016.
TRUSTEE TO SELL REAL ESTATE LOCATED IN FLORIDA - 01/20/16. APPEALS CONTINUING - Oct. 31, 2015. APPEALS PENDING - July

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-47319 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRISTOFALOS, DANNY | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | | 341(a) Meeting Date: | 01/17/14 |
| | | Claims Bar Date: | 04/30/15 |

30, 2015. NO CHANGE - April 30, 2015. APPEAL IS STILL PENDING AND TRUSTEE TO SELL REAL ESTATE - Jan. 17, 2015. TRUSTEE IS NEGOTOTAING WITH PARTIES FOR PURCHASE OF MEMBERSHIP INTEREST IN LLC - April 30, 2014. TRUSTEE HAS FILED A MOTION TO SELL MEMBERSHIP INTERESTS BELONGING TO THE DEBTOR - July 17, 2014. SALE ORDER HAS BEEN ENTERED BY THE COURT BUT HAS BEEN APPEALED BY THE DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/16 Current Projected Date of Final Report (TFR): 10/31/18

FORM 2

Page: 1

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-47319 -ABG
Case Name: CHRISTOFALOS, DANNY
Taxpayer ID No: *******8893
For Period Ending: 08/09/18

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6181 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 7 | SLAVKO GRCIC | SALE OF PARTNERSHIP INTEREST | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.29 | 14,977.71 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,956.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 14,933.93 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,911.73 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 16.13 | 14,895.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 14,875.58 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,853.46 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.37 | 14,832.09 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.05 | 14,810.04 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.31 | 14,788.73 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.99 | 14,766.74 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.95 | 14,744.79 |
| 09/16/15 | 300002 | VERITY GROUP<br>125 S. Wacker Dr.<br>Suite Lower Level C (LLC)<br>Chicago, IL 60606 | copies | 2690-000 | | 91.52 | 14,653.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,632.09 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.75 | 14,610.34 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.02 | 14,589.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.69 | 14,567.63 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.66 | 14,545.97 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 10.36 | 14,535.61 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 15,000.00 | 464.39 |

FORM 2



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-47319 -ABG
Case Name: CHRISTOFALOS, DANNY

Taxpayer ID No: *******8893
For Period Ending: 08/09/18

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6181 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.23 | 14,515.38 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.58 | 14,493.80 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.85 | 14,472.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,451.43 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.79 | 14,430.64 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.46 | 14,409.18 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,387.76 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.70 | 14,367.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.36 | 14,345.70 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.64 | 14,325.06 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.30 | 14,303.76 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.27 | 14,282.49 |
| 02/20/17 | 300004 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA 70139 | BOND#016073584 | 2300-000 | | 6.89 | 14,275.60 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.18 | 14,256.42 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.20 | 14,235.22 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.48 | 14,214.74 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.13 | 14,193.61 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.42 | 14,173.19 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.07 | 14,152.12 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.04 | 14,131.08 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.33 | 14,110.75 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.98 | 14,089.77 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.27 | 14,069.50 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.92 | 14,048.58 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.89 | 14,027.69 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 | 14,008.85 |

Page Subtotals 0.00 526.76

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-47319 -ABG
Case Name: CHRISTOFALOS, DANNY

Taxpayer ID No: *******8893
For Period Ending: 08/09/18

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******6181 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.83 | 13,988.02 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.12 | 13,967.90 |
| 06/06/18 | 300005 | International Sureties Ltd.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.49 | 13,959.41 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.77 | 13,938.64 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.06 | 13,918.58 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.69 | 13,897.89 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 15,000.00 | 1,102.11 | 13,897.89 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 1,102.11 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 1,102.11 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********6181 | 15,000.00 | 1,102.11 | 13,897.89 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 15,000.00 | 1,102.11 | 13,897.89 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 110.96 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 02, 2018

Case Number: 13-47319
Debtor Name: CHRISTOFALOS, DANNY

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $8,013.72 | $0.00 | $8,013.72 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $2,305.89 | $0.00 | $2,305.89 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras Street, Ste 420<br>New Orleans, LA 70139 | Administrative | | $15.38 | $15.38 | $0.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $10.36 | $10.36 | $0.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $16.13 | $16.13 | $0.00 |
| 000001<br>070<br>7100-00 | J. Laurence Kienlen<br>2150 Lillian Lane<br>Lisle, IL 60532 | Unsecured | | $96,082.96 | $0.00 | $96,082.96 |
| | Case Totals: | | | $106,444.44 | $41.87 | $106,402.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-47319
Case Name: CHRISTOFALOS, DANNY
Trustee Name: JOSEPH E. COHEN

| | | |
|---|---|---|
| Balance on hand | $ | 13,897.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 55.89 | $ 0.00 | $ 55.89 |
| Attorney for Trustee Fees: COHEN & KROL | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Attorney for Trustee Expenses: COHEN & KROL | $ 13.72 | $ 0.00 | $ 13.72 |
| Other: Arthur B. Levine Company | $ 16.13 | $ 16.13 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 15.38 | $ 15.38 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 10.36 | $ 10.36 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 10,319.61 |
| Remaining Balance | $ | 3,578.28 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,082.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | J. Laurence Kienlen<br>2150 Lillian Lane<br>Lisle, IL 60532 | $ 96,082.96 | $ 0.00 | $ 3,578.28 |

Total to be paid to timely general unsecured creditors $ 3,578.28

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE