IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **DANNY CHRISTOFALOS,** | ) | No. 13-47319 |
| | ) | |
| Debtor(s) | ) | |

**PROOF OF SERVICE**

TO:   See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 5, 2018, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                               BY:/s/ Joseph E. Cohen

Danny Christofalos
415 W. Liberty Street
Wauconda, IL 60084-2452

J. Laurence Kienlen
2150 Lillian Lane
Lisle, IL 60532-1100

J. Laurence Kienlen,
1776 S. Naperville Rd, A200,
Wheaton, IL 60189-5870

Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602-4600

Maurice J Salem
Salem Law Office
7156 W 127th Street, B-149
Palos Heights, IL 60463-1560

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027