# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

| | |
|---|---|
| In Re: § | |
| § | |
| CHRISTOFALOS, DANNY § | Case No. 13-47319 |
| § | |
| Debtor § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 650,535.00 *(Without deducting any secured claims)* | Assets Exempt: 2,851.00 |
| Total Distributions to Claimants: 3,578.28 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 11,421.72 | |

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 15,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 53,054.80 | 11,421.72 | 11,421.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 96,082.96 | 96,082.96 | 3,578.28 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 149,137.76 | $ 107,504.68 | $ 15,000.00 |

    4) This case was originally filed under chapter 7 on 12/10/2013 . The case was pending for 59 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/10/2018     By:/s/JOSEPH E. COHEN
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 99% MEMBERSHIP INTEREST WAUCONDA SHOPPING PLAZA | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| TRUSTEE COMPENSATION:JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 55.89 | 55.89 | 55.89 |
| ADAMS-LEVINE | 2300-000 | NA | 10.36 | 10.36 | 10.36 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 16.13 | 16.13 | 16.13 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 15.38 | 15.38 | 15.38 |
| ASSOCIATED BANK | 2600-000 | NA | 968.72 | 968.72 | 968.72 |
| VERITY GROUP | 2690-000 | NA | 91.52 | 91.52 | 91.52 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 44,086.64 | 2,666.67 | 2,666.67 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 5,333.33 | 5,333.33 | 5,333.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 226.83 | 13.72 | 13.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 53,054.80 | $ 11,421.72 | $ 11,421.72 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | J. LAURENCE KIENLEN | 7100-000 | NA | 96,082.96 | 96,082.96 | 3,578.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 96,082.96 | $ 96,082.96 | $ 3,578.28 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-47319 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHRISTOFALOS, DANNY | | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | | | 341(a) Meeting Date: | 01/17/14 |
| For Period Ending: | 10/10/18 | | Claims Bar Date: | 04/30/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6614 FOXWORTH, GURNEE | 0.00 | 0.00 | | 0.00 | FA |
| 2. 10 E. MAPLE AVE, MUNDELEIN, IL | 650,000.00 | 25,000.00 | | 0.00 | FA |
| 3. CASH | 150.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING 5/3RD BANK | 35.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES, ART | 100.00 | 0.00 | | 0.00 | FA |
| 7. 99% MEMBERSHIP INTEREST WAUCONDA SHOPPING PLAZA | 0.00 | 15,000.00 | | 15,000.00 | FA |
| 8. VEHICLE 1999 Mercedes Benz | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. REAL ESTATE IN FLORIDA (u) | 0.00 | 15,000.00 | | 0.00 | FA |
| 10. APPAREL | 100.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $653,385.00 | $55,000.00 | | $15,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED WITH THE COURT ON 9/5/18 AND DISTRIBUTION MADE. ALL CHECKS HAVE CLEARED AND FILING TDR - 10/10/18. APPEALS AS TO PRIOR SALE OF ASSETSHAVE BEEN RESOLVED AND TRUSTEE WILL SELL FLORIDA PROPERTY. - 1/8/2018. APPEALS PENDING IN DISTRICT COURT - 6/28/17. APPEALS PENDING AWAITING DECISION OF APPELLATE COURT 1/11/17. THE TRUSTEE HAS UPDATED HIS FORM 1 FOR ASSET 2 SHOWING NO REMAINING VALUE AND FULLY ADMINISTERED. THE TRUSTEE IS DEFENDING VARIOUS APPEALS FILED BY THE DEBTOR. TRUSTEE HAS ALSO UNCOVERED PROPERTY IN FLORIDA AND IS CONTACTING A REAL ESTATE BROKER IN THE AREA - May 23, 2016.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 13-47319   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRISTOFALOS, DANNY | Date Filed (f) or Converted (c): | 12/10/13 (f) |
| | | 341(a) Meeting Date: | 01/17/14 |
| | | Claims Bar Date: | 04/30/15 |

TRUSTEE TO SELL REAL ESTATE LOCATED IN FLORIDA - 01/20/16. APPEALS CONTINUING - Oct. 31, 2015. APPEALS PENDING - July 30, 2015. NO CHANGE - April 30, 2015. APPEAL IS STILL PENDING AND TRUSTEE TO SELL REAL ESTATE - Jan. 17, 2015. TRUSTEE IS NEGOTOTAING WITH PARTIES FOR PURCHASE OF MEMBERSHIP INTEREST IN LLC - April 30, 2014.  TRUSTEE HAS FILED A MOTION TO SELL MEMBERSHIP INTERESTS BELONGING TO THE DEBTOR - July 17, 2014.  SALE ORDER HAS BEEN ENTERED BY THE COURT BUT HAS BEEN APPEALED BY THE DEBTOR - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 08/30/16          Current Projected Date of Final Report (TFR): 10/31/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-47319 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CHRISTOFALOS, DANNY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8893 | | | |
| For Period Ending: | 10/10/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/01/14 | 7 | SLAVKO GRCIC | SALE OF PARTNERSHIP INTEREST | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.29 | 14,977.71 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.55 | 14,956.16 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.23 | 14,933.93 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.20 | 14,911.73 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 16.13 | 14,895.60 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.02 | 14,875.58 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.12 | 14,853.46 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.37 | 14,832.09 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.05 | 14,810.04 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.31 | 14,788.73 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.99 | 14,766.74 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.95 | 14,744.79 |
| 09/16/15 | 300002 | VERITY GROUP<br>125 S. Wacker Dr.<br>Suite Lower Level C (LLC)<br>Chicago, IL 60606 | copies | 2690-000 | | 91.52 | 14,653.27 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.18 | 14,632.09 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.75 | 14,610.34 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.02 | 14,589.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.69 | 14,567.63 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.66 | 14,545.97 |
| 02/16/16 | 300003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101 | Bond #10BSBGR6291 | 2300-000 | | 10.36 | 14,535.61 |
| | | | Page Subtotals | | 15,000.00 | 464.39 | |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-47319 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRISTOFALOS, DANNY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8893 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.23 | 14,515.38 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.58 | 14,493.80 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.85 | 14,472.95 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,451.43 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.79 | 14,430.64 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.46 | 14,409.18 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,387.76 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.70 | 14,367.06 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.36 | 14,345.70 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.64 | 14,325.06 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.30 | 14,303.76 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.27 | 14,282.49 |
| 02/20/17 | 300004 | INTERNATIONAL SURETIES, LTD. | BOND#016073584 | 2300-000 | | 6.89 | 14,275.60 |
| | | 701 Poydras Street, Ste 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.18 | 14,256.42 |
| 04/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.20 | 14,235.22 |
| 05/05/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.48 | 14,214.74 |
| 06/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.13 | 14,193.61 |
| 07/10/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.42 | 14,173.19 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.07 | 14,152.12 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.04 | 14,131.08 |
| 10/06/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.33 | 14,110.75 |
| 11/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.98 | 14,089.77 |
| 12/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.27 | 14,069.50 |
| 01/08/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.92 | 14,048.58 |
| 02/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.89 | 14,027.69 |
| 03/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.84 | 14,008.85 |

Page Subtotals 0.00 526.76

Ver: 20.00j

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-47319 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | CHRISTOFALOS, DANNY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6181 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8893 | | |
| For Period Ending: | 10/10/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.83 | 13,988.02 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.12 | 13,967.90 |
| 06/06/18 | 300005 | International Sureties Ltd. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.49 | 13,959.41 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.77 | 13,938.64 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.06 | 13,918.58 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.69 | 13,897.89 |
| 09/14/18 | 300006 | COHEN & KROL 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | | | 2,680.39 | 11,217.50 |
| | | | Fees     2,666.67 | 3110-000 | | | |
| | | | Expenses     13.72 | 3120-000 | | | |
| 09/14/18 | 300007 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Fees Trustee Fees | | | 2,305.89 | 8,911.61 |
| | | | Fees     2,250.00 | 2100-000 | | | |
| | | | Expenses     55.89 | 2200-000 | | | |
| 09/14/18 | 300008 | JOSEPH E. COHEN, Attorney 105 West Madison St. Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 5,333.33 | 3,578.28 |
| 09/14/18 | 300009 | J. Laurence Kienlen 2150 Lillian Lane Lisle, IL 60532 | Claim 000001, Payment 3.72416% (1-1) Claim based on Judgment | 7100-000 | | 3,578.28 | 0.00 |

Page Subtotals     0.00     14,008.85

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page: 4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 13-47319 -ABG |
| Case Name: | CHRISTOFALOS, DANNY |
| Taxpayer ID No: | *******8893 |
| For Period Ending: | 10/10/18 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6181  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 15,000.00 | 15,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 15,000.00 | 15,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6181 | 15,000.00 | 15,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 15,000.00 | 15,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00        0.00

Ver: 20.00j

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*